DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT FERRARA,**
Appellant,

v.

**DINA MARIE SAPONARA-FERRARA** and
**JOE COLE PLUMBING, CORP.,**
Appellees.

No. 4D19-3915

[February 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. FMCE14-007680 (42/93).

John Elias of Law Offices of John Elias, Pembroke Pines, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***